UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

PHH 14-002584
Shapiro & DeNardo, LLC
14000 Commerce Parkway, Suite B
Mount Laurel, NJ 08054
(856)793-3080
Chandra M. Arkema - 029552006
Krystin M. Alex - 171402015
Katherine Knowlton Lopez - 013502011
Kathleen M. Magoon - 040682010
Donna L. Skilton - 013072007
Charles G. Wohlrab - 016592012
Rebecca Cirrinicione - 031212012
Courtney A. Martin - 098782016
Samantha Gable - 150622016
Jeffrey Rappaport - 003431991
ATTORNEYS FOR PHH MORTGAGE CORPORATION

Order Filed on November 17, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

IN RE:

CLAUDINE R THOMAS, DEBTOR

CASE NO.: 16-21816-CMG

JUDGE: Honorable Christine M Gravelle

## ORDER VACATING STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

DATED: November 17, 2017

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Upon the motion of SHAPIRO & DENARDO, LLC, Attorneys for PHH MORTGAGE CORPORATION under Bankruptcy Code section 362(d) for relief from the Automatic Stay as to certain real property as hereinafter set forth, and for cause shown,

1. The Automatic Stay of Bankruptcy Code section 362(a) is vacated to permit the movant to institute or resume and prosecute to conclusion one or more action(s) in the court (s) of appropriate jurisdiction to foreclose mortgage(s) held by the movant or alternatively to allow movant to pursue alternatives to foreclosure upon the following:

_____    Land and premises commonly known as Lot 14.01, Block 410

Commonly known as 108 BIRCHWOOD DRIVE, PISCATAWAY, NEW JERSEY 08854.

2. The movant may join the Debtor and any trustee appointed in this case as defendants in its foreclosure action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the Debtor, any trustee and other party who entered an appearance on the motion.

It is further ORDERED that movant may pursue any and all loss mitigation options with respect to the Debtor(s) or the real property described above, including but not limited to repayment agreement, loan modification, short sale or deed-in-lieu of foreclosure