UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

PHH 14-002584
Shapiro & DeNardo, LLC
14000 Commerce Parkway, Suite B
Mount Laurel, NJ 08054
(856)793-3080
Chandra M. Arkema - 029552006
Krystin M. Alex - 171402015
Katherine Knowlton Lopez - 013502011
Kathleen M. Magoon - 040682010
Donna L. Skilton - 013072007
Charles G. Wohlrab - 016592012
Rebecca Cirrinicione - 031212012
Courtney A. Martin - 098782016
Samantha Gable - 150622016
Jeffrey Rappaport - 003431991
ATTORNEYS FOR PHH MORTGAGE CORPORATION

IN RE:

CLAUDINE R THOMAS, DEBTOR

Order Filed on November 17, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

CASE NO.: 16-21816-CMG

JUDGE: Honorable Christine M Gravelle

## ORDER VACATING STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

DATED: November 17, 2017

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Upon the motion of SHAPIRO & DENARDO, LLC, Attorneys for PHH MORTGAGE CORPORATION under Bankruptcy Code section 362(d) for relief from the Automatic Stay as to certain real property as hereinafter set forth, and for cause shown,

    1. The Automatic Stay of Bankruptcy Code section 362(a) is vacated to permit the movant to institute or resume and prosecute to conclusion one or more action(s) in the court (s) of appropriate jurisdiction to foreclose mortgage(s) held by the movant or alternatively to allow movant to pursue alternatives to foreclosure upon the following:

_____    Land and premises commonly known as Lot 14.01, Block 410

Commonly known as 108 BIRCHWOOD DRIVE, PISCATAWAY, NEW JERSEY 08854.

    2. The movant may join the Debtor and any trustee appointed in this case as defendants in its foreclosure action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

    The movant shall serve this order on the Debtor, any trustee and other party who entered an appearance on the motion.

It is further ORDERED that movant may pursue any and all loss mitigation options with respect to the Debtor(s) or the real property described above, including but not limited to repayment agreement, loan modification, short sale or deed-in-lieu of foreclosure

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 16-21816-CMG
Claudine R Thomas                                                   Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Nov 17, 2017
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 19, 2017.
db             +Claudine R Thomas,    108 Birchwood Drive,    Piscataway, NJ 08854-2010

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 19, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 17, 2017 at the address(es) listed below:
        Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
        Albert   Russo    docs@russotrustee.com
        Charles G. Wohlrab    on behalf of Creditor    PHH Mortgage Corporation cwohlrab@logs.com,
        njbankruptcynotifications@logs.com
        Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
        bkgroup@kmllawgroup.com
        Donald C. Goins    on behalf of Debtor Claudine R Thomas dcgoins1@gmail.com,
        G25787@notify.cincompass.com
                                                                                                  TOTAL: 5