Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 16−21816−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Claudine R Thomas
  108 Birchwood Drive
  Piscataway, NJ 08854

Social Security No.:
  xxx−xx−3489

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 12/21/17.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: December 21, 2017
JAN: slf

                                                          Jeanne Naughton
                                                          Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 16-21816-CMG
Claudine R Thomas                                                       Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin             Page 1 of 1              Date Rcvd: Dec 21, 2017
                              Form ID: 148            Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 23, 2017.
```
db              +Claudine R Thomas,    108 Birchwood Drive,    Piscataway, NJ 08854-2010
516241408        CITI platinum Select Card,    PO Box 183066,    Columbus, OH 43218-3066
516465745        Department Store National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                  Kirkland, WA 98083-0657
516241409      ++++PHH MORTGAGE CORPORATION,    1 MORTGAGE WAY,    MOUNT LAUREL NJ 08054-4624
                 (address filed with court: PHH Mortgage Corporation,    3000 Leadenhall Road,
                  Mt. Laurel, NJ 08054-0000)
516419039       +PHH Mortgage Corporation,    1 Mortgage Way, Mailstop Sv01,
                  Mount Laurel, New Jersey 08054-4624
516361986       +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                  Addison, Texas 75001-9013
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Dec 21 2017 23:43:09      U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 21 2017 23:43:06     United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
516241407        EDI: BANKAMER.COM Dec 21 2017 23:23:00      Bank Of America,    PO Box 15716,
                  Wilmington, DE 19886-5716
516450963        EDI: JEFFERSONCAP.COM Dec 21 2017 23:23:00      Jefferson Capital Systems LLC,    Po Box 7999,
                  Saint Cloud Mn 56302-9617
516407124        EDI: RESURGENT.COM Dec 21 2017 23:23:00      LVNV Funding, LLC its successors and assigns as,
                  assignee of Citibank (South Dakota),,    N.A.,   Resurgent Capital Services,    PO Box 10587,
                  Greenville, SC 29603-0587
516323392        EDI: RMSC.COM Dec 21 2017 23:23:00      Synchrony Bank,
                  c/o of Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,
                  Miami, FL 33131-1605
517195095        EDI: BL-BECKET.COM Dec 21 2017 23:23:00      Toyota Lease Trust,    c/o Becket and Lee LLP,
                  PO Box 3001,    Malvern PA 19355-0701
                                                                                               TOTAL: 7
```

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 21, 2017 at the address(es) listed below:
```
              Albert Russo    on behalf of Trustee Albert Russo docs@russotrustee.com
              Albert Russo    docs@russotrustee.com
              Charles G. Wohlrab    on behalf of Creditor   PHH Mortgage Corporation cwohlrab@logs.com,
               njbankruptcynotifications@logs.com
              Denise E. Carlon    on behalf of Creditor   Toyota Lease Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Donald C. Goins    on behalf of Debtor Claudine R Thomas dcgoins1@gmail.com,
               G25787@notify.cincompass.com
                                                                                               TOTAL: 5
```