UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DONALD C. GOINS, ESQ. (DCG1005)
GOINS & GOINS, LLC
323 Washington Avenue
Elizabeth, New Jersey 07202
(908) 351-1984
Fax (908) 351-1982
Attorney for Debtor

Order Filed on December 21, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In Re: | Case No.: 16-21816 |
| Claudine R. Thomas, | Chapter: 13 |
| | Hearing Date: 12/20/2017 |
| | Judge: CMG |

## ORDER ON MOTION/APPLICATION TO DISMISS/CONVERT CHAPTER 13 CASE

The relief set forth on the following pages, numbered two (2) through three (3) is **ORDERED**.

**DATED: December 21, 2017**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**Page 2**

     This matter having come before the Court on Motion/Application of
_____Donald C. Goins, Esq._____ , for an Order Dismissing/Converting Debtor's case, and good
cause having been shown, it is hereby

     **ORDERED** as follows:

☒     case is dismissed.

❑     case is converted to a proceeding under Chapter 7.

❑     case is converted to a proceeding under Chapter 11.

❑     case is allowed to continue under Chapter 13 upon the following terms and
     conditions:

    ❑    (a) payments to the Trustee shall continue in the amount of
        _____ dollars/month for an additional _____ months;

    ❑    (b) Debtor(s) shall prepare and file with the Court a Wage Order for
        continuing Trustee payments;

    ❑    (c) If the Debtor(s) fail to make regular plan payments to the Trustee for
        a period of more than 30 consecutive days, upon the Certification of the
        Trustee of such non-payment, with Notice of the Certification to the
        debtor(s) and the debtor(s) attorney, if any, the within case shall be
        dismissed;

    ❑    (d) Other (ie, Counsel Fee Award or other relief to moving party)
        _____
        _____
        _____

**Page 3**

Upon case dismissal/conversion, any funds held by the Chapter 13 Trustee from payments made on account of debtor(s) Plan, shall be disbursed to the Debtor(s), except as follows:

(a)    $_____ shall be disbursed to Debtor(s) Counsel for Counsel Fees and Costs hereby allowed as an Administrative Expense;

(b)    $_____ to _____ (Creditor) for adequate protection payments pursuant to prior Order of the Court.

(c)    Other: _____

_____

_____

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 16-21816-CMG
Claudine R Thomas                                                               Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3         User: admin            Page 1 of 1          Date Rcvd: Dec 21, 2017
                             Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 23, 2017.
db              +Claudine R Thomas,    108 Birchwood Drive,    Piscataway, NJ 08854-2010

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2017                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 21, 2017 at the address(es) listed below:
            Albert  Russo   on behalf of Trustee Albert  Russo docs@russotrustee.com
            Albert  Russo   docs@russotrustee.com
            Charles G. Wohlrab   on behalf of Creditor   PHH Mortgage Corporation cwohlrab@logs.com,
            njbankruptcynotifications@logs.com
            Denise E. Carlon   on behalf of Creditor   Toyota Lease Trust dcarlon@kmllawgroup.com,
            bkgroup@kmllawgroup.com
            Donald C. Goins   on behalf of Debtor Claudine R Thomas dcgoins1@gmail.com,
            G25787@notify.cincompass.com
                                                                           TOTAL: 5